No. 360, Misc. LITTLE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Hal Gerber* for petitioner. *Solicitor General Marshall* for the United States.

No. 362, Misc. BRADLEY *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 363, Misc. COMBS *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied. Petitioner *pro se*. *Michael Juviler* for respondent.

No. 366, Misc. COTA *v.* ARIZONA. Sup. Ct. Ariz. Certiorari denied.

No. 369, Misc. CHAFIN *v.* PRATT ET AL. C. A. 5th Cir. Certiorari denied. *G. Seals Aiken* for petitioner. *Solicitor General Marshall* for respondents.

No. 371, Misc. WHITEHORN *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 372, Misc. HINTON *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Donald I. Bierman* for the United States.

No. 373, Misc. MILLER *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 374, Misc. MASSEY *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Mervyn Hamburg* for the United States.